ANN GANS, Respondent, *v.* ALBERT GANS, Appellant.

Submitted November 20, 1950; decided November 30, 1950.

*Jason R. Berke* for motion.

*Elliott L. Biskind.* opposed.

Motion granted. Order of dismissal of appeal vacated on payment of $20 costs. Appeal restored to the calendar and appellant directed to serve the record on appeal by December 4, 1950, and his brief by December 15, 1950, and case set down for argument during the January, 1951, session of this court.